# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

B.H.

VERSUS

ST. TAMMANY PARISH SCHOOL
BOARD AND SAMUEL PATRICK
MCCARTY

NO. 2022 CW 0982

**DECEMBER 28, 2022**

---

In Re:   B.H., applying for supervisory writs, 22nd Judicial
District Court, Parish of St. Tammany, No. 2015-10509.

---

**BEFORE:   WHIPPLE, C.J.,   GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED.** We find the trial court abused its discretion
in denying plaintiff leave to file a fifth supplemental and
amending petition. Amendment of pleadings should be liberally
allowed provided that the movant is acting in good faith, the
amendment is not sought as a delaying tactic, the opponent will
not be unduly prejudiced, and trial on the issues will not be
unduly delayed. **Palowsky v. Cork**, 2019-0148 (La. App. 1st Cir.
5/20/20), 304 So.3d 867, 875. We conclude those four factors are
satisfied in this case and the ruling at issue creates a
possibility of resulting injustice. Accordingly, the trial
court's August 4, 2022 judgment is reversed and we hereby grant
plaintiff, B.H., leave to file the fifth supplemental and amending
petition.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_a. Sn_

DEPUTY CLERK OF COURT
FOR THE COURT